IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC. | § | |
| | § | |
| V | § | 2:19-CV-00200-JRG-RSP |
| | § | 2:19-CV-00237-JRG-RSP |
| | § | 2:19-CV-00310-JRG-RSP |
| | § | 2:19-CV-00311-JRG-RSP |
| | § | |
| SUPERCELL OY | § | |

**MOTION REGARDING TRIAL DATE**

Defendant Supercell OY ("Supercell") files this Motion Regarding Trial  Date.
Jury selection is set in this matter for March 1, 2021. A date for trial has not yet been set.
Counsel for Supercell, Deron Dacus, is set for trial in No. 4:18-cv-469-ALM; WAPP
Tech Limited Partnership and WAPP Tech Corp. v Micro Focus International PLC;
USDC, Eastern District of Texas, Sherman Division ("WAPP") for March 1-5, 2021. The
WAPP case is specially set per Judge Mazzant's trial order and no other cases are set for
trial that week in Sherman. Mr. Dacus will be the lead trial counsel in the WAPP case. In
addition, Mr. Dacus is expected to have a substantial, and perhaps leading, role in the
trial of this matter.

As a result of the dates of the WAPP trial, Defendant Supercell respectfully asks
that the trial of this matter, including jury selection,  not be scheduled during the March
1-5 dates. Supercell and it's counsel are available for trial on any and all other dates in
March.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of January, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant's counsel has conferred with Plaintiff's counsel pursuant to Local Rule CV-7(h) and that the foregoing motion is opposed.

*/s/ Deron Dacus*
Deron Dacus