# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ACORN SEMI, LLC** | § § | |
| v. | § § | Case No. 2:19-cv-00347-JRG |
| **SAMSUNG ELECTRONICS CO., LTD., ET AL** | § § § | |
| | | |
| **GREE, INC.** | § § | |
| v. | § § § | Case No. 2:19-cv-00200_237_310_311-JRG |
| **SUPERCELL OY** | § | |

### MINUTES FOR TWO JURY SELECTIONS
### JURY TRIAL DAY NO. 1 (2:19-cv-200_237_310_311-JRG)
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 30, 2021

**OPEN: 09:06 AM**               **ADJOURN: 05:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: (2:19-cv-347-JRG) | See attached. |
| ATTORNEYS FOR DEFENDANTS: (2:19-cv-347-JRG) | See attached. |
| ATTORNEYS FOR PLAINTIFF: (2:19-cv-200_237_310_311-JRG) | See attached. |
| ATTORNEYS FOR DEFENDANT: (2:19-cv-200_237_310_311-JRG) | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |

| COURTROOM DEPUTY: | Andrea Brunson |
|---|---|

| TIME | MINUTES |
|---|---|
| 09:06 AM | Court opened. Court's greeting, introduction and preliminary instructions to Jury Pool. Two juries will be selected today for two separate trials. First jury trial (2:19-cv-200-237-310-311) will begin today and continue through the remainder of next week. The second jury trial (2:19-cv-347) will begin May 13 and continue through May 20. First jury to pick today is for 2:19-cv-347. Second jury to pick is for 2:19-cv-200-237-310-311). |
| 09:25 AM | Court asked for announcements from the parties re: 2:19-cv-347. |
| 09:26 AM | Court continued by providing case information re: 2:19-cv-347 and 2:19-cv-200-237-310-311 and gave preliminary instructions to Jury Pool. |
| 09:36 AM | Prospective Jurors begin introduction of themselves. |
| 10:04 AM | Court provided additional instructions to Jury Pool. |
| 10:07 AM | *Voir dire* on behalf of Plaintiff by Mr. Weber (2:19-cv-347). |
| 10:38 AM | *Voir dire* on behalf of Defendants by Ms. Smith (2:19-cv-347). |
| 11:07 AM | Court provides further instructions to Jury Pool. |
| 11:09 AM | Strike conference with Mr. Weber and Ms. Smith. |
| 11:33 AM | Strike conference completed. Court reconvened. |
| 11:35 AM | Attorneys excused to exercise strikes. Court recessed. |
| 12:05 PM | Court reconvened. Jurors selected for 2:19-cv-347. Remainder of jury pool to be reshuffled for second jury selection which will commence following empanelment of first jury panel. |
| 12:08 PM | Jurors for 2:19-cv-347 sworn and additional instructions given by the Court. Jury panel will return on Thursday, May 13 at 8:30 AM. |
| 12:19 PM | Jurors for 2:19-cv-347 excused until May 13, 2021. |
| 12:20 PM | Court instructed re: reshuffle jury pool for second jury selection for 2:19-cv-200-237-310-311. |
| 12:22 PM | Court recess. |
| 12:50 PM | Court reconvened. |
| 12:50 PM | Court asked for announcements from the parties re: 2:19-cv-200-237-310-311. |
| 12:51 PM | Court continued by providing case information re: 2:19-cv-200-237-310-311 and gave preliminary instructions to Jury Pool. |
| 12:52 PM | *Voir dire* on behalf of Plaintiff by Mr. Gillam (2:19-cv-200-237-310-311). |
| 01:22 PM | *Voir dire* on behalf of Defendant by Mr. Dacus (2:19-cv-200-237-310-311). |
| 01:49 PM | Court provides further instructions to second Jury Pool. |
| 01:51 PM | Strike conference with Mr. Gillam and Mr. Dacus. |
| 02:33 PM | Strike conference completed. Court reconvened. |
| 02:34 PM | Attorneys excused to exercise strikes. Court recessed. |
| 02:56 PM | Court reconvened. Jurors selected for 2:19-cv-200-237-310-311. |
| 02:58 PM | Jurors for 2:19-cv-200-237-310-311 sworn. Remainder of jury pool excused. Additional instructions given to the Jury by the Court. |
| 03:07 PM | Jury recessed for lunch break. |
| 03:08 PM | Court recessed. |

| TIME | MINUTES |
|---|---|
| 03:40 PM | Court reconvened.  Jury returned to courtroom.  Court gave preliminary instructions to the Jury.   Jurors were given jury notebooks. |
| 04:20 PM | Plaintiff's opening statement by Mr. Moore. |
| 04:51 PM | Defendant's opening statement by Mr. Sacksteder. |
| 05:14 PM | Opening statements concluded. |
| 05:14 PM | Court provided further instructions to Jury. |
| 05:16 PM | Jury excused for the day until Monday morning at 8:30 AM. |
| 05:16 PM | Court provided instructions to counsel. |
| 05:17 PM | Court adjourned for the day until Monday morning. |