# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **GREE, INC.** | § | |
| | § | |
| **v.** | § | **Case No.  2:19-cv-00200_237_310_311-JRG** |
| | § | |
| **SUPERCELL OY** | § | |

---

## MINUTES FOR JURY TRIAL DAY NO. 2
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
**May 3, 2021**

**OPEN: 08:31 AM**            **ADJOURN: 06:04 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:31 AM | Court opened. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Plaintiff invoked the Rule, as to fact witnesses only; experts are excluded. |
| 08:33 AM | Witness sworn.  Direct examination of Dr. Robert Akl by Mr. Moore. |
| 10:19 AM | Jury recessed for morning break. |
| 10:20 AM | Court recessed for morning break. |
| 10:40 AM | Court reconvened. |
| 10:41 AM | Jury returned to courtroom. |
| 10:42 AM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 10:53 AM | **Courtroom sealed.** |
| 10:53 AM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 11:16 AM | **Courtroom unsealed.** |
| 11:16 AM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 12:01 PM | Jury recessed for lunch. |

| TIME | MINUTES |
|---|---|
| 12:02 PM | Court recessed for lunch. |
| 01:08 PM | Court reconvened. |
| 01:09 PM | Jury returned to the courtroom. |
| 01:09 PM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 01:57 PM | **Courtroom sealed.** |
| 01:58 PM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 02:11 PM | Objection raised.  Jury recessed to jury room. |
| 02:12 PM | Court heard objection brought by Mr. Sacksteder.  Mr. Moore argued on behalf of Plaintiff.  Court ruled on objection. |
| 02:23 PM | Jury returned to courtroom. |
| 02:24 PM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 02:39 PM | **Courtroom unsealed.** |
| 02:40 PM | Direct examination of Dr. Robert Akl by Mr. Moore, continued. |
| 02:45 PM | Jury recessed for afternoon break. |
| 02:45 PM | Court recessed. |
| 03:06 PM | Court reconvened. |
| 03:07 PM | Jury returned to courtroom. |
| 03:07 PM | Cross examination of Dr. Robert Akl by Mr. Sacksteder. |
| 03:57 PM | Redirect examination of Dr. Robert Akl by Mr. Moore. |
| 04:06 PM | Objection raised.  Jury recessed to jury room. |
| 04:07 PM | Court heard objection brought by Mr. Sacksteder.  Mr. Moore argued on behalf of Plaintiff.  Court ruled on objection. |
| 04:11 PM | Jury returned to courtroom. |
| 04:12 PM | Redirect examination of Dr. Robert Akl by Mr. Moore, continued. |
| 04:12 PM | Witness excused. |
| 04:12 PM | Witness sworn.  Direct examination of Mr. Eiji Araki by Mr. Moore. |
| 04:43 PM | Cross examination of Mr. Eiji Araki by Mr. Dacus. |
| 05:12 PM | Jury recessed for afternoon break. |
| 05:12 PM | Court recessed. |
| 05:25 PM | Court reconvened. |
| 05:26 PM | Jury returned to courtroom. |
| 05:26 PM | Cross examination of Mr. Eiji Araki by Mr. Dacus, continued. |
| 06:03 PM | Jury excused for the day. |
| 06:04 PM | Court recessed for the day. |