**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GREE, INC.** | § | |
| | § | |
| **v.** | § | **Case No.  2:19-cv-00200_237_310_311-JRG** |
| | § | |
| **SUPERCELL OY** | § | |

---

**MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 4, 2021**

**OPEN: 08:39 AM**                                    **ADJOURN:  06:25 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:39 AM | Court opened. |
| 08:40 AM | Exhibits used prior day read into the record. |
| 08:42 AM | Jury entered the courtroom. |
| 08:43 AM | Cross examination of Mr. Eiji Araki by Mr. Dacus, continued. |
| 09:17 AM | Redirect examination of Mr. Eiji Araki by Mr. Moore. |
| 09:32 AM | Recross examination of Mr. Eiji Araki by Mr. Dacus. |
| 09:34 AM | Witness excused. |
| 09:35 AM | Mr. Moore introduced the video deposition of Mr. Eino Joas. |
| 09:50 AM | Video deposition of Mr. Eino Joas concluded. |
| 09:50 AM | Mr. Moore introduced the video deposition of Mr. Vesa Vitie. |
| 10:00 AM | Video deposition of Mr. Vesa Vitie concluded. |
| 10:00 AM | Mr. Moore introduced the video deposition of Mr. John Nicolas "Niko" Derome. |
| 10:05 AM | Loss of electrical power due to stormy weather. |
| 10:05 AM | Jury excused for recess. |

| TIME | MINUTES |
|---|---|
| 10:05 AM | Court recessed. |
| 10:25 AM | Court reconvened. |
| 10:26 AM | Jury returned to courtroom. |
| 10:27 AM | Video deposition of Mr. John Nicolas "Niko" Derome, continued. |
| 10:30 AM | Video deposition of Mr. John Nicolas "Niko" Derome concluded. |
| 10:30 AM | Witness sworn.  Direct examination of Dr. David Neal by Ms. Pfingst. |
| 11:05 AM | Cross examination of Dr. David Neal by Mr. Kohm. |
| 11:17 AM | Redirect examination of Dr. David Neal by Ms. Pfingst. |
| 11:18 AM | Witness excused. |
| 11:19 AM | Mr. Moore introduced the video deposition of Mr. Tristan Williams. |
| 11:20 AM | Video deposition of Mr. Tristan Williams concluded. |
| 11:21 AM | Mr. Moore introduced the video deposition of Mr. Janne Peltola. |
| 11:47 AM | Video deposition of Mr. Janne Peltola concluded. |
| 11:48 AM | Mr. Moore introduced the video deposition of Mr. Jeff Ostler. |
| 11:57 AM | Video deposition of Mr. Jeff Ostler concluded. |
| 11:57 AM | Jury recessed for lunch. |
| 11:58 AM | Court recessed for lunch. |
| 01:09 PM | Court reconvened. |
| 01:10 PM | Jury returned to courtroom. |
| 01:11 PM | Mr. Moore introduced the video deposition of Mr. Ilkka Paananen. |
| 01:38 PM | Video deposition of Mr. Ilkka Paananen concluded. |
| 01:39 PM | Witness sworn.  Direct examination of Dr. Stephen Becker by Ms. Ludlam. |
| 03:05 PM | Jury recessed for afternoon break. |
| 03:05 PM | Court recessed. |
| 03:28 PM | Court reconvened. |
| 03:28 PM | Jury returned to courtroom. |
| 03:30 PM | Cross examination of Dr. Stephen Becker by Mr. Dacus. |
| 04:19 PM | Redirect examination of Dr. Stephen Becker by Ms. Ludlam. |
| 04:26 PM | Recross examination of Dr. Stephen Becker by Mr. Dacus. |
| 04:28 PM | Witness excused. |
| 04:28 PM | Plaintiff rested its case-in-chief. |
| 04:28 PM | Mr. Dacus requested the Court to address an issue.  The Court instructed the jury to retire to the jury room. |
| 04:29 PM | Issue raised before the Court by Mr. Dacus on behalf of Defendant.  Mr. Moore responded on behalf of Plaintiff. |
| 04:33 PM | Court issued its decision and guidance as set forth in the record. |
| 04:36 PM | Jury returned to courtroom. |
| 04:37 PM | Witness sworn.  Direct examination of Mr. Greg Harper by Mr. Sacksteder. |
| 04:58 PM | Court asked jury to retire to jury room. |
| 04:59 PM | Court set parameters re: an MIL issue. |
| 05:01 PM | Jury returned to courtroom. |
| 05:02 PM | Cross examination of Mr. Greg Harper by Mr. Gillam. |
| 05:38 PM | Jury recessed for break. |
| 05:39 PM | Court recessed for break. |

3

| TIME | MINUTES |
|---|---|
| 05:57 PM | Court reconvened. |
| 05:57 PM | Jury returned to courtroom. |
| 05:58 PM | Cross examination of Mr. Greg Harper by Mr. Gillam, continued. |
| 06:15 PM | Redirect examination of Mr. Greg Harper by Mr. Sacksteder. |
| 06:20 PM | Witness excused. |
| 06:21 PM | Jury excused for the day. |
| 06:22 PM | Court ordered the parties to (1) meet and confer; and (2) submit and furnish to the Court (via email to the law clerk) an updated joint submission of proposed final jury instructions and verdict form in Word version format by 3:00 PM tomorrow. |
| 06:25 PM | Court recessed for the day. |