IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GREE, INC.** | § | |
| | § | |
| **v.** | § | Case No.  2:19-cv-00200_237_310_311-JRG |
| | § | |
| **SUPERCELL OY** | § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 5, 2021

**OPEN: 08:27 AM**                                                                                          **ADJOURN:  06:18 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:33 AM | Mr. Sacksteder introduced the video deposition of Mr. Stephan Demirdjian |
| 09:10 AM | Video deposition of Mr. Stephan Demirdjian concluded. |
| 09:10 AM | Mr. Sacksteder introduced the video deposition of Mr. Markus Aalto. |
| 09:55 AM | Video deposition of Mr. Markus Aalto concluded. |
| 09:55 AM | Jury excused for morning break. |
| 09:56 AM | Court recessed for morning break. |
| 10:14 AM | Court reconvened. |
| 10:14 AM | Jury returned to courtroom. |
| 10:15 AM | Mr. Sacksteder introduced the video deposition of Mr. Keita Endo. |
| 10:33 AM | Video deposition of Mr. Keita Endo concluded. |
| 10:35 AM | Witness sworn.  Direct examination of Dr. José Zagal by Mr. Kohm. |

| TIME | MINUTES |
|---|---|
| 12:00 PM | **Courtroom sealed.** |
| 12:01 PM | Direct examination of Dr. José Zagal by Mr. Kohm, continued. |
| 12:09 PM | **Courtroom unsealed.** |
| 12:10 PM | Direct examination of Dr. José Zagal by Mr. Kohm, continued. |
| 12:11 PM | Jury recessed for lunch break. |
| 12:11 PM | Court recessed for lunch break. |
| 12:33 PM | Court reconvened. Court provided information to counsel re: an emergency situation with a family member of Juror No. 6. With no objections from counsel, the Court released Juror No. 6. |
| 12:34 PM | Court recessed. |
| 01:19 PM | Court reconvened. |
| 01:20 PM | Jury entered the courtroom. |
| 01:21 PM | Court informed the jury re: a family medical emergency re: Juror No. 6 and Juror No. 6 was released. The trial will continue with the remaining seven jurors. |
| 01:21 PM | Cross examination of Dr. José Zagal by Mr. Moore. |
| 02:04 PM | Redirect examination of Dr. José Zagal by Mr. Kohm. |
| 02:14 PM | Witness excused. |
| 02:14 PM | Mr. Sacksteder introduced the video deposition of Mr. Tomoki Yasuhara. |
| 02:23 PM | Video deposition of Mr. Tomoki Yasuhara concluded. |
| 02:23 PM | Mr. Sacksteder introduced the video deposition of Mr. Shunsuke Shibuya. |
| 02:33 PM | Objection raised by Mr. Moore. Video deposition of Mr. Shunsuke Shibuya stopped. |
| 02:34 PM | Remainder of video deposition of Mr. Shunsuke Shibuya terminated by the Court. |
| 02:35 PM | Mr. Sacksteder introduced the video deposition of Seth Allison. |
| 02:57 PM | Video deposition of Seth Allison concluded. |
| 02:58 PM | Jury excused for afternoon break. |
| 02:58 PM | Court addressed an issue CARRIED during a previous in-chambers conference. Mr. Moore argued for the Plaintiff, and Mr. Kohm argued for the Defendant. Court's ruling is set forth in the record. |
| 03:06 PM | Court recessed. |
| 03:26 PM | Court reconvened. |
| 03:26 PM | Jury entered the courtroom. |
| 03:27 PM | Mr. Sacksteder introduced the video deposition of Mr. John Nicholas "Niko" Derome. |
| 03:39 PM | Video deposition of Mr. John Nicholas "Niko" Derome concluded. |
| 03:39 PM | Witness sworn. Direct examination of Stacy Friedman by Mr. Sacksteder. |
| 05:14 PM | Jury recessed for afternoon break. |
| 05:15 PM | Court recessed. |
| 05:32 PM | Court reconvened. |
| 05:32 PM | Jury entered the courtroom. |
| 05:32 PM | Direct examination of Stacy Friedman by Mr. Sacksteder, continued. |
| 06:01 PM | **Courtroom sealed.** |
| 06:01 PM | Direct examination of Stacy Friedman by Mr. Sacksteder, continued. |
| 06:14 PM | **Courtroom unsealed.** |
| 06:14 PM | Jury recessed for the day. |

| TIME | MINUTES |
|---|---|
| 06:14 PM | The Court reminded counsel to follow the Court's established deadline of 10:00 PM re: disputes. |
| 06:18 PM | The Court advised the parties that the informal charge conference and hearing of Rule 50(a) motions will be conducted tomorrow. |
| 06:18 PM | Court recessed for the day. |