# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **GREE, INC.** | § | |
| | § | |
| **v.** | § | Case No. 2:19-cv-00200_237_310_311-JRG |
| | § | |
| **SUPERCELL OY** | § | |

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 6, 2021

**OPEN: 08:24 AM**                  **ADJOURN: 02:05 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:24 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:32 AM | Cross examination of Mr. Stacy Friedman by Mr. Moore. |
| 08:53 AM | Redirect examination of Mr. Stacy Friedman by Mr. Sacksteder. |
| 08:59 AM | Witness excused by the Court. |
| 09:00 AM | Witness sworn. Direct examination of Mr. Robert Klein by Ms. Turner. |
| 09:14 AM | Cross examination of Mr. Robert Klein by Mr. Gillam. |
| 09:24 AM | Witness excused. |
| 09:24 AM | Witness sworn. Direct examination of Mr. Chris Bakewell by Mr. Dacus. |
| 10:12 AM | Jury excused for morning break. |
| 10:13 AM | Court recessed. |
| 10:28 AM | Court reconvened. |
| 10:28 AM | Jury returned to courtroom. |

| TIME | MINUTES |
|---|---|
| 10:29 AM | Cross examination of Mr. Chris Bakewell by Ms. Ludlam. |
| 10:44 AM | Redirect examination of Mr. Chris Bakewell by Mr. Dacus. |
| 10:50 AM | Cross examination of Mr. Chris Bakewell by Ms. Ludlam. |
| 10:51 AM | Witness excused by the Court. |
| 10:51 AM | Defendant rested its case-in-chief. |
| 10:52 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Moore. |
| 11:01 AM | **Courtroom sealed.** |
| 11:01 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Moore, continued. |
| 11:06 AM | **Courtroom unsealed.** |
| 11:06 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Moore, continued. |
| 11:29 AM | Cross examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Sacksteder. |
| 11:50 AM | Redirect examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Moore. |
| 11:53 AM | Recross examination of Plaintiff's rebuttal witness, Dr. Robert Akl, by Mr. Sacksteder. |
| 11:54 AM | Witness excused. |
| 11:54 AM | Both sides rested. |
| 11:54 AM | Court provided instructions to Jury. Jury excused for the remainder of the day to return tomorrow morning at 8:30 AM. |
| 11:56 AM | Jury excused until tomorrow morning. |
| 11:57 AM | Court instructed the parties that following the lunch break, the Court will: (1) hear Rule 50(a) motions; (2) conduct an informal charge conference (off the record); and continue with (3) the formal charge conference. |
| 12:01 PM | Court recessed for lunch. |
| 01:15 PM | Court reconvened. |
| 01:15 PM | The Court began hearing argument on Rule 50(a) motions. |
| 02:01 PM | The Court DENIED all Rule 50(a) motions brought and argued by Plaintiff and Defendant. |
| 02:03 PM | Completion of Rule 50(a) motions hearing. Informal charge conference will begin in the courtroom following the recess. The formal charge conference will be conducted this afternoon if time allows. |
| 02:05 PM | Court recessed. |