IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GREE, INC.** | § § | |
| **v.** | § § § | Case No.  2:19-cv-00200_237_310_311-JRG |
| **SUPERCELL OY** | § | |

MINUTES FOR JURY TRIAL DAY NO. 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 7, 2021

**OPEN: 08:18 AM**      **ADJOURN:   01:54 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Thomas Derbish<br>Will Nilsson<br>Steven Laxton |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:18 AM | Court opened. |
| 08:18 AM | Exhibits used prior day read into the record. |
| 08:19 AM | Formal charge conference started. |
| 08:33 AM | Formal charge conference completed. |
| 08:33 AM | Court recessed. |
| 08:48 AM | Court reconvened. |
| 08:49 AM | Jury entered the courtroom. |
| 08:49 AM | Court provided instructions to jury. |
| 09:53 AM | Closing argument by Plaintiff's counsel, Mr. Moore. |
| 10:20 AM | Closing argument by Defendant's counsel, Mr. Sacksteder. |
| 11:01 AM | Final closing argument by Plaintiff's counsel, Mr. Gillam. |
| 11:15 AM | Closing arguments concluded. |
| 11:15 AM | Court gave final instructions to the jury. |
| 11:20 AM | Jury retired to jury room to deliberate. |

2

| TIME | MINUTES |
|---|---|
| 11:20 AM | Recess. |
| 01:41 PM | Court reconvened. Note from Jury indicating a verdict has been reached. |
| 01:42 PM | Jury returned to the courtroom. Court read verdict in its entirety. Jurors polled representing a unanimous verdict. Jurors released and excused by the Court. |
| 01:54 PM | Court adjourned. |